**STATE of Missouri, Respondent,**

v.

**Reginald TURLEY, Appellant.**

**No. WD 53013.**

Missouri Court of Appeals,
Western District.

June 24, 1997.

Rosemary E. Percival, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Reginald Turley appeals the circuit court's judgment convicting him of first degree robbery, armed criminal action and carrying a concealed weapon. We affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Charles H. WHITE, Appellant.**

**No. WD 52606.**

Missouri Court of Appeals,
Western District.

June 24, 1997.

S. Richard Beitling, Lee's Summit, Robert G. Duncan, Donald T. Norris, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LAURA DENVIR STITH, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Charles H. White appeals his conviction for the class B felony of selling a controlled substance. We affirm. Rule 30.25(b).